No. 856, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 859, Misc. GOSLEE *v.* WARDEN, MARYLAND PENITENTIARY. Baltimore City Court, Maryland. Certiorari denied.

No. 860, Misc. GARDNER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 862, Misc. DAVIS *v.* WEST VIRGINIA ET AL. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 866, Misc. SCOTT *v.* SUPERIOR COURT OF LOS ANGELES COUNTY. Supreme Court of California. Certiorari denied.

No. 872, Misc. YARBER *v.* HEARD, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 873, Misc. FRANKLIN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 874, Misc. GOFF *v.* MONTANA ET AL. Supreme Court of Montana. Certiorari denied.

No. 876, Misc. PRUITT *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 877, Misc. SHOEMAKE *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 881, Misc. GOSLEE *v.* WARDEN, MARYLAND PENITENTIARY. Baltimore City Court, Maryland. Certiorari denied.